Dennis D. Strazulo (124695)
dstrazulo@fmglaw.com
Jeffrey R. Cluett (200327)
jcluett@fmglaw.com
FREEMAN MATHIS & GARY, LLP
44 Montgomery Street, Suite 2080
San Francisco, CA 94104
Telephone: 415.627.9000
Facsimile: 213.615.7100

Attorneys for Defendant Techsystems, Inc.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Lyudmila Lozinskaya, | Case No. 5:17-cv-05618-NC |
| Plaintiff, | **STIPULATION BETWEEN DEFENDANT TECHSYSTEMS, INC. AND PLAINTIFF LYUDMILA LOZINSKAYA REGARDING SETTLEMENT AND DISMISSAL OF ACTION** |
| v. | |
| TECHSYSTEMS, INC. | |
| Defendant(s). | Action Filed: September 28, 2017<br>Trial Date: November 13, 2018 |

1         Plaintiff Lyudmila Lozinskaya ("Lozinskaya") and Defendant Techsystems, Inc.

2  ("Techsystems") hereby agree and stipulate as follows:

3         WHEREAS Lozinskaya and Techsystems reached a settlement agreement following a

4  mediation on March 6, 2018;

5         IT IS HEREBY STIPULATED THAT:

6             Lozinskaya agrees to dismiss this action, with prejudice.

7         IT IS SO STIPULATED.

8

9  Dated:  May 7, 2018

10

11                 By:  /s/
                        Lyudmila Lozinskaya

12

13

14

15  Dated:  May 7, 2018              FREEMAN MATHIS & GARY, LLP

16

17                 By:  /s/
                        Jeffrey R. Cluett

18                      Attorney for Defendant

19                      Techsystems, Inc.

20

21                 ***

22        PURSUANT TO STIPULATION, IT IS SO ORDERD.

23  Dated:  May 7, 2018              By:  _____

24                  Nathanael M. Cousins
                    United States District Judge

25

26

27

28

STIPULATION BETWEEN DEFENDANT TECH SYSTEMS, INC. AND PLAINTIFF LYUDMILA LOZINSKAYA
REGARDING SETTLEMENT AND DISSMISSAL OF ACTION

## PROOF OF SERVICE

I declare that I am employed in the County of San Francisco, State of California. I am over the age of eighteen years at the time of service and not a party to the within cause. My employment address is 44 Montgomery Street, Suite 2080 San Francisco, CA 94104.

On May 7, 2018, I served copies of the attached document(s) entitled:

**STIPULATION BETWEEN DEFENDANT TECH SYSTEMS, INC. AND PLAINTIFF LYUDMILA LOZINSKAYA REGARDING SETTLEMENT AND DISSMISSAL OF ACTION**

on the interested parties in this action, by placing a true and correct copy thereof enclosed in a sealed envelope, addressed as follows:

**Plaintiff :**
Lyudmila Lozinskaya
612 Fountain Ave #11
Pacific Grove, CA 93950
Phone: 831.233.4324

[X] **Pursuant to rule 5 of Federal Rules of Procedure, I served the following attorneys by filing on the Court's ECF system. BY E-MAIL OR ELECTRONIC TRANSMISSION:** I caused a copy of the documents to be sent from e-mail address qpham@fmglaw.com to the persons at the email addresses listed in the Service List. The document(s) were transmitted at or before 5:30 p.m. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that transmission was unsuccessful.

[X] **STATE.** I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on May 7, 2018 at San Francisco, California.

/s/
Quincy Pham

STIPULATION BETWEEN DEFENDANT TECH SYSTEMS, INC. AND PLAINTIFF LYUDMILA LOZINSKAYA REGARDING SETTLEMENT AND DISSMISSAL OF ACTION